IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**JAVIER MENDEZ,**

    **Defendant.**                                                    **Case No. 06-cr-30152-DRH**

### ORDER

**HERNDON, District Judge:**

      Before the Court is a Motion to Withdraw (Doc. 16), made by Assistant Federal Public Defender Daniel G. Cronin, who is currently serving as representative counsel for defendant Javier Mendez in this matter. For reasons stated within the Motion, the Court finds it necessary to **GRANT** said Motion (Doc. 16), in order to prevent Mr. Cronin from having to possibly cross-examine a former client, as well as allow for the possibility of each defendant (Mendez, Jose Antonio Salaices-Arenales and Ruben Salaices-Arenales) having the same appointed counsel in his separate case (06-cr-30152-DRH, 06-cr-30149-MJR and 06-cr-30150-DRH, respectively) as well as in the drug conspiracy case (06-cr-30167-DRH).Therefore, the Court **ORDERS** that Assistant Federal Public Defender Daniel G. Cronin be **WITHDRAWN** as representative counsel for defendant Javier Mendez in this matter

and that attorney **G. Ethan Skaggs** be designated as **CJA-APPOINTED** counsel to serve in his stead.

      **IT IS SO ORDERED.**

Signed this 28th day of December, 2006.

                        /s/       David   RHerndon
                    **United States District Judge**