IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 06-CR-30152 (DRH) |
| ) | |
| JAVIER MENDEZ, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

**HERNDON, District Judge:**

Before the Court is Defendant Mendez's motion to continue trial and schedule matter for change of plea hearing (Doc. 24). Trial in this matter is currently set for June 4, 2007. Defendant has informed the court that he wishes to change his plea. Because the Defendant wishes to change his plea, the Court will continue the trial in this matter, in order to give Defendant the opportunity to change his plea. The Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and Defendant in a speedy trial because failure to grant a continuance would deny Defendant an opportunity to change his plea. Therefore, the Court **GRANTS** Defendant's motion to continue trial and schedule matter for change of plea hearing (Doc. 24) and sets this matter for a change of plea hearing on June 12, 2007 at 10:00 a.m. In the event that Defendant decides not to change his plea, the Court continues

the trial scheduled for June 4, 2007 for Defendant until July 23, 2007 at 9:00 a.m. in case Defendant decides not to change his plea. The time from the date Defendant's motion was raised, May 24, 2007, until the date on which the trial is rescheduled, July 23, 2007, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED**.

Signed this 29th day of May, 2007.

/s/       David   RHerndon
**United States District Judge**